AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 4:05CR3027-2 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 20052-047 | |
| ) | | |
| JIMMY D. AMOS, ) | MICHAEL J. HANSEN | |
| Defendant. ) | Defendant's Attorney | |
| Date of previous judgments: 8/11/2006 & 8/16/2007 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 72 months is reduced to 58 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33          Amended Offense Level: 31
Criminal History Category: II        Criminal History Category: II
Previous Guideline Range: 151 to 188 months    Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The undersigned has treated the stipulation (filing 119) of the parties, as a motion by the defendant.

Except as provided above, all provisions of the judgment dated August 16, 2007 shall remain in effect.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2008
Effective Date: Thursday, March 20, 2008

*S/Richard G. Kopf*
United States District Judge